## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATONYA HANDY : | |
|     Plaintiff : | |
| : | |
| v. : | Civil Action No. |
| : | |
| UNITED STATES OF AMERICA, and : | |
| UNITED STATES POSTAL SERVICE : | JURY TRIAL DEMANDED |
|     Defendants : | |

## COMPLAINT

1. This action seeks damages for negligence resulting from a motor vehicle accident occurring on May 13, 2021, in which Plaintiff was injured.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter under the Federal Tort Claims Act (28 U.S.C. §1346).

3. At all times material to this Complaint and the causes of action stated herein, Defendants were located in and have conducted business in the Commonwealth of Pennsylvania, and have had contacts with the Commonwealth sufficient to establish personal jurisdiction over it pursuant to 42 Pa. C.S.A. § 5322.

4. Plaintiff presented her Federal Tort Claim to Defendants more than six months prior to the filing of this civil action.

## PARTIES

5. The Plaintiff, Latonya Handy, is an adult individual residing at 4295 Mantua Avenue, Philadelphia, Pennsylvania 19104.

6. Defendant United States is a sovereign nation with a place of business located at 2970 Market Street, Philadelphia, Pennsylvania 19104.

7. Defendant United States Postal Service is a federal agency with a place of business located at 2970 Market Street, Philadelphia, Pennsylvania 19104.

8. At all times material hereto, Defendants acted and/or failed to act individually, jointly and/or severally by and through their duly authorized agents, workers, servants and/or employees.

9. On or about May 13, 2021, at approximately 5:00 p.m., Plaintiff was the occupant of a certain motor vehicle parked on Mantua Street near its intersection with 42nd Street, Philadelphia, Pennsylvania.

10. At the date and time aforesaid, Defendants United States and United States Postal Service owned a certain motor vehicle being operated by their duly authorized agent, worker, servant and/or employee on Mantua Street when they caused said vehicle to strike the said vehicle occupied by Plaintiff.

11. The aforesaid occurrence was due entirely to the improper actions of Defendants including negligence consisting of the following:

      a. Failure to have said motor vehicle under proper and adequate control;

      b. Operating said motor vehicle at a dangerous rate of speed under the circumstances;

      c. Failure to observe surrounding traffic conditions; and

      d. Making a u-turn in the middle of the roadway.

12. By reason of the aforesaid and as a direct result thereof, Plaintiff sustained serious, severe and permanent physical injuries in and about the person, more particularly: musculoskeletal sprains and strains, cervical and lumbar spinal disc and facet syndrome, cervical and lumbar disc herniations, radiculopathy, a severe shock to the nerves and nervous system, and Plaintiff was otherwise injured.

13. By reason of the aforesaid and as a direct result thereof, the Plaintiff has incurred medical expenses for the treatment of said injuries and may incur additional medical expenses in the future.

14. By reason of the aforesaid and as a direct result thereof, Plaintiff has suffered physical pain, mental anguish, loss of life's pleasures and humiliation, and may continue to suffer same for an indefinite period of time into the future.

15. By reason of the aforesaid and as a direct result thereof, the Plaintiff has been unable and/or limited in performing customary, daily physical activities, all of which may cause great financial damage and loss.

**WHEREFORE**, Plaintiff hereby requests this Honorable Court to enter judgment in her favor and against Defendants including interest, delay damages, attorney's fees and costs of suit.

MONACO LAW PC

Date: 09/26/2023    By:   *JOSEPH MONACO  /s/*
　　　　　　　　　　　　　　Joseph Monaco, Esq.
　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　Attorney I.D. No. 56123
　　　　　　　　　　　　　　1818 Market Street, Suite 3200
　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　888-992-3166